IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID FLOYD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARINER FINANCE, LLC, EXPERIAN INFORMATION SERVICES, INC., EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC,<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     Case No. 3:23-cv-00138 |

## DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

Defendant Trans Union LLC ("Trans Union") files this Notice of Removal pursuant to 28 U.S.C. § 1446(a), and in support thereof would respectfully show the Court as follows:

### A.  PROCEDURAL BACKGROUND

1.　On December 1, 2022, Plaintiff David Floyd ("Plaintiff") filed Plaintiff's Original Verified Petition ("Petition") in the Justice Court, Precinct 4, Place 2, Dallas County, Texas, under Case No. JPC2200308-42 ("State Court Action") alleging defendants Mariner Finance, LLC ("Mariner"), Experian Information Solutions, Inc. ("Experian"), Equifax Information Services LLC ("Equifax"), and Trans Union LLC (hereinafter collectively referred to as "Defendants") violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq*.

2.　Defendant Trans Union was served with Plaintiff's Petition on December 19, 2022. On December 30, 2022, Trans Union filed its Answer and Defenses to Plaintiff's Original Petition. On January 3, 2023, Mariner filed its Answer or Response to Plaintiff's Original Petition. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

## B. GROUNDS FOR REMOVAL

3. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. *See* 28 U.S.C. §§ 1331 and 1441(a). In the Petition, Plaintiff seeks damages for Defendants' alleged violations of the FCRA.

## C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

4. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

5. On the same day that this Notice of Removal is filed, Trans Union will give written notice of the removal to Plaintiff, and will file a copy of this Notice of Removal with the Clerk of the Justice Court, Precinct 4, Place 2, Dallas County, Texas, as required by 28 U.S.C. § 1446(d).

6. Pursuant to 28 U.S.C. § 1446(a), a copy of executed process, pleadings asserting causes of action, and orders in the State Court Action served upon Defendant Trans Union are attached hereto as **Exhibit A**. Trans Union has also filed documents required to be filed by Local Rule 81.1.

7. Trial has not commenced in the Justice Court, Precinct 4, Place 2, Dallas County, Texas.

8. All Defendants, who have been served upon the date of filing of this Notice of Removal and remain parties to this litigation, consent to the removal of this case. Joinders in the

6042029.1

Removal from Mariner, Experian, and Equifax are attached hereto as **Exhibit B**. By filing this Notice of Removal, Trans Union LLC consents to the removal of this case.

WHEREFORE, PREMISES CONSIDERED, Trans Union LLC, hereby gives notice that this action is removed to this, the United States District Court for the Northern District of Texas, Dallas Division, and requests that it receive such other and further relief to which it may show itself justly entitled at law or in equity.

Respectfully submitted,

*/s/ Liliana V. Sanchez*
**LILIANA V. SANCHEZ**
lsanchez@qslwm.com
Texas Bar No. 24104362
**QUILLING, SELANDER, LOWNDS,**
**WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5464
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all attorneys of record via the transmission of Notices of Electronic Filing generated by CM/ECF.

>Allen Edgar Robertson, III
>allen@jaffer.law
>Phillip Wesley Pool
>phillip@jaffer.law
>Robert Leach
>attorneys@jaffer.law
>Shawn Jaffer
>shawn@jaffer.law
>Jaffer & Associates PLLC
>5757 Alpha Road, Suite 430
>Dallas, TX 75240
>(214) 494-1871
>(888) 509-3910 Fax
>***Counsel for Plaintiff***

*/s/ Liliana V. Sanchez*
**LILIANA V. SANCHEZ**

4

6042029.1